UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Cholid
                Plaintiff,

v.                                    Case No.: 1:22−cv−04894
                                    Honorable Franklin U. Valderrama

The Boeing Company
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Voluntary Dismissal [16] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed without prejudice. Each party is to bear its own costs and fees. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.